IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JALIL BRADY,<br>          *Plaintiff*,<br><br>    v.<br><br>VENGROFF WILLIAMS INC and VWI SUBROGATION, INC.,<br>          *Defendants*. | :<br>:<br>:<br>: CIVIL NO. 22-5029<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this **5th** day of **September, 2023**, upon consideration of Defendants Vengroff Williams Inc. and VWI Subrogation, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 6), and the Court having conducted an independent review of the Complaint and the defendants' motion, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge